# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERACTIVE GAMES LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DRAFTKINGS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. _____ <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Interactive Games LLC, by and through the undersigned attorneys, makes the following disclosure:

1. Interactive Games LLC is a wholly-owned subsidiary of CFPH, LLC; and

2. No publicly held corporation owns 10% or more of Interactive Games LLC's stock.

Dated: June 14, 2019

OF COUNSEL:

Robert F. Shaffer
James R. Barney
Anthony D. Del Monaco
Scott A. Allen
Abdul Ghani Hamadi
FINNEGAN, HENDERSON,
FARABOW, GARRETT &
DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413

McCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King St., 8th Fl.
Wilmington, DE 19801
(302) 984-6331
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*