#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERACTIVE GAMES LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 19-1105-RGA |
| v. | ) |
| | ) |
| DRAFTKINGS, INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that Defendant's time to move, answer, or otherwise respond to the Complaint is extended by sixty (60) days to September 9, 2019.

| | |
|---|---|
| */s/ Daniel M. Silver* | */s/ Kelly E. Farnan* |
| Daniel M. Silver (#4758) | Kelly E. Farnan (#4395) |
| Alexandra M. Joyce (#6423) | RICHARDS, LAYTON & FINGER, P.A. |
| McCarter & English LLP | One Rodney Square |
| Renaissance Centre | 920 N. King Street |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 651-7700 |
| (302) 984-6300 | farnan@rlf.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | *Attorneys for Defendant* |
| | |
| *Attorneys for Plaintiff* | |

Dated: June 26, 2019

     SO ORDERED this _____ day of _____, 2019.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE