IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERACTIVE GAMES LLC, | ) |
| | ) |
|        Plaintiff, | ) |
| v. | )   C.A. No. 19-1105 (RGA) |
| | ) |
| DRAFTKINGS, INC., | ) |
|        Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Kelly E. Farnan of the law firm RICHARDS, LAYTON & FINGER, PA is hereby withdrawn and the appearance of Rodger D. Smith II of the law firm MORRIS, NICHOLS, ARSHT & TUNNELL LLP is hereby entered on behalf of Defendant DraftKings, Inc.

RICHARDS, LAYTON & FINGER, PA

*/s/ Kelly E. Farnan*

Kelly E. Farnan (#4395)
One Rodney Square
Suite 600
920 N. King Street
Wilmington, DE 19801
(302) 651-7705
farnan@rlf.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendant DraftKings, Inc.*

September 6, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 6, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff Interactive Games LLC* | *VIA ELECTRONIC MAIL* |
| Robert F. Shaffer<br>James R. Barney<br>Anthony D. Del Monaco<br>Scott A. Allen<br>Abdul Ghani Hamadi<br>FINNEGAN, HENDERSON, FARABOW, GARRETT &<br>DUNNER, LLP<br>901 New York Avenue, N.W.<br>Washington, DC  20001<br>*Attorneys for Plaintiff Interactive Games LLC* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)