IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERACTIVE GAMES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 19-1105 (RGA) |
| | ) |
| DRAFTKINGS, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendant DraftKings, Inc. to answer, move or otherwise respond to the Complaint for Patent Infringement shall be further extended to November 8, 2019, to enable the parties to explore resolution of this case.

McCARTER & ENGLISH LLP

/s/ *Daniel M. Silver*

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*

September 9, 2019

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Rodger D. Smith II*

Rodger D. Smith II (#3778)
Jeffrey J. Lyons (#6437)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
jlyons@mnat.com

*Attorneys for Defendant*

SO ORDERED this ___ day of _____ 2019.

_____
UNITED STATES DISTRICT JUDGE