IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERACTIVE GAMES LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DRAFTKINGS, INC., )<br>)<br>Defendant. ) | C.A. No. 19-1105 (RGA) |

**DEFENDANT DRAFTKINGS INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO 35 U.S.C. § 101**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101, Defendant DraftKings Inc. ("DraftKings") respectfully moves to dismiss Plaintiff Interactive Games LLC's claims of infringement as to U.S. Patent Nos. 8,956,231 (Count I), 8,974,302 (Count II), 9,430,901 (Count III), and 8,616,967 (Count IV), because the claims of those patents are directed to patent-ineligible subject matter. The grounds for this motion are fully set forth in DraftKing's Opening Brief in Support of Its Motion to Dismiss for Failure to State a Claim Pursuant to 35 U.S.C. § 101.

WHEREFORE, DraftKing's respectfully requests that the Court enter the attached order granting this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Jeffrey J. Lyons (#6437)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
jlyons@mnat.com
   *Attorneys for Defendant DraftKings, Inc.*

OF COUNSEL:

G. Hopkins Guy III
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA  94304-1007
(650) 739-7500

Jamie R. Lynn
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2400
(202) 639-7786

Michael E. Knierim
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY  10112-4498
(212) 408-2500

Clarke W. Stavinoha
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX  75201-2980
(214) 953-6500

November 8, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERACTIVE GAMES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 19-1105 (RGA) |
| | ) |
| DRAFTKINGS, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT DRAFTKINGS INC.'s
MOTION TO DISMISS FOR FAILURE TO STATE
<u>A CLAIM PURSUANT TO 35 U.S.C. § 101</u>**

At Wilmington this _____ day of _____, 2019, having considered Defendant DraftKings Inc.'s Motion to Dismiss for Failure to State a Claim Pursuant to 35 U.S.C. § 101, IT IS HEREBY ORDERED that the motion is GRANTED.

The Court finds that all claims of U.S. Patent Nos. 8,956,231 (Count I), 8,974,302 (Count II), 9,430,901 (Count III), and 8,616,967 (Count IV) are invalid as directed to patent-ineligible subject matter under 35 U.S.C. § 101.  Counts I-IV of the complaint are therefore DISMISSED with prejudice.

_____
Hon. Richard G. Andrews
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 8, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King St., 8th Fl.<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff Interactive Games LLC* | *VIA ELECTRONIC MAIL* |
| Robert F. Shaffer<br>James R. Barney<br>Anthony D. Del Monaco<br>Scott A. Allen<br>Abdul Ghani Hamadi<br>FINNEGAN, HENDERSON, FARABOW, GARRETT &<br>DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br>*Attorneys for Plaintiff Interactive Games LLC* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)