# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERACTIVE GAMES LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DRAFTKINGS, INC., )<br>)<br>Defendant. )<br>)<br>) | C.A. No. 19-1105-RGA<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the deadline for Plaintiff's Answering Brief in Opposition to Defendant's Motion to Dismiss is extended through and including Friday, December 20, 2019 (from November 22, 2019), and Defendant's Reply Brief in Support of Its Motion to Dismiss is extended through and including January 10, 2020 (from November 29, 2019).

Dated: November 15, 2019

| McCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Daniel M. Silver* | */s/ Rodger Dallery Smith, II* |
| Daniel M. Silver (#4758) | Rodger Dallery Smith, II (#3778) |
| Alexandra M. Joyce (#6423) | Jeffrey J. Lyons (#6437) |
| Renaissance Centre | 1201 North Market Street |
| 405 N. King Street, 8th Floor | Wilmington, DE 19899 |
| Wilmington, Delaware 19801 | (302) 351-9205 |
| (302) 984-6300 | rdsefiling@mnat.com |
| dsilver@mccarter.com | jlyons@mnat.com |
| ajoyce@mccarter.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of _____, 2019.

                                                                                 _____
                                                                                 THE HONORABLE RICHARD G. ANDREWS

ME1 31972914v.1