IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERACTIVE GAMES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 19-1105 (RGA) (SRF) |
| ) | |
| DRAFTKINGS, INC., ) | |
| ) | |
| Defendant. ) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Defendant DraftKings, Inc. respectfully requests argument on its Motion to Dismiss for Failure to State a Claim pursuant to 35 U.S.C. § 101 (D.I.10).  Briefing on the motion was completed on January 10, 2020.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

OF COUNSEL:

G. Hopkins Guy III
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA  94304-1007
(650) 739-7500

Jamie R. Lynn
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2400
(202) 639-7786

Michael E. Knierim
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2500

Rodger D. Smith II (#3778)
Jeffrey J. Lyons (#6437)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
jlyons@mnat.com

*Attorneys for Defendant DraftKings, Inc.*

Clarke W. Stavinoha
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
(214) 953-6500

February 20, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 20, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King St., 8th Fl.<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff Interactive Games LLC* | *VIA ELECTRONIC MAIL* |
| Robert F. Shaffer<br>James R. Barney<br>Anthony D. Del Monaco<br>Abdul Ghani Hamadi<br>FINNEGAN, HENDERSON, FARABOW, GARRETT &<br>DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001<br>*Attorneys for Plaintiff Interactive Games LLC* | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*

Rodger D. Smith II (#3778)