# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| INTERACTIVE GAMES LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 19-1105-RGA |
| DRAFTKINGS, INC., | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Robert F. Shaffer and Abdul Ghani S. Hamadi of the law firm Finnegan, Henderson, Farabow, Garrett & Dunner, LLP to represent Plaintiff Interactive Games LLC in this matter.

DATED: March 3, 2020

McCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*

**SO ORDERED**, this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE