

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

March 4, 2020

**VIA CM/ECF & HAND DELIVERY**
The Honorable Sherry R. Fallon
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 14
Wilmington, Delaware 19801-3555

*Re:  Interactive Games LLC v. DraftKings, Inc.,*
      **C.A. No. 19-1105-RGA-SRF**

Dear Magistrate Judge Fallon:

I write on behalf of the parties in the above-referenced action regarding the Court's February 21, 2020 Order scheduling argument on Defendant's Motion to Dismiss for May 19, 2020 at 2:00 p.m.  Counsel for Plaintiff has a conflict on May 19th, and with Defendant's consent, respectfully requests that the hearing be moved to another date, subject to the Court's availability.  The parties have conferred and are available June 1-4, if the Court is available then.

Counsel are available should Your Honor have any questions or need anything further.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:     All Counsel of Record (via CM/ECF and electronic mail)

ME1 32784513v.1