IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERACTIVE GAMES LLC, | ) |
| | ) |
|       Plaintiff, | ) |
|   v. | )   C.A. No. 19-1105 (RGA) (SRF) |
| | ) |
| DRAFTKINGS, INC., | ) |
| | ) |
|       Defendant. | ) |

**NOTICE OF SUBSEQUENT AUTHORITY**

Pursuant to D. Del. LR 7.1.2(b), Defendant DraftKings Inc. ("DraftKings") respectfully submits Judge Andrews' opinion in *CG Tech. Dev., LLC v. FanDuel, Inc.*, C.A. No. 17-1041-RGA, D.I. 375 (D. Del. Mar. 5, 2020) (Ex. A), and the Federal Circuit's opinion in *Customedia Techs., LLC v. DISH Network Corp.*, No. 2018-2239, 2020 WL 1069742 (Fed. Cir. Mar. 6, 2020) (Ex. B), as supplemental authority in support of DraftKings' Motion to Dismiss for Failure to State a Claim Pursuant to 35 U.S.C. § 101 (D.I. 10). Judge Andrews' opinion in *CG Tech* is particularly relevant to the arguments in DraftKings' Opening Brief (D.I. 11) that recitation of a location-determination step does not save the claims of the '231, '302, '901, and '967 Patents from abstraction or ineligibility. *See* Ex. A at 9 ("Determining the location of a mobile gaming device, determining the game configuration associated with that location, and implementing that game configuration are each 'independently abstract ideas that use computers as tools.'"). The Federal Circuit's opinion in *Customedia* is relevant to DraftKings' arguments that the claims of the '231, '302, '901, and '967 Patents are not directed to improvements in computer functionality. *See* Ex. B at *3 ("We have held that it is not enough . . . to merely improve a fundamental practice or abstract process by invoking a computer merely as a tool.").

OF COUNSEL:

G. Hopkins Guy III
Nick Baniel
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA  94304-1007
(650) 739-7500

Jamie R. Lynn
Andrew Wilson
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2400
(202) 639-7786

Michael E. Knierim
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY  10112-4498
(212) 408-2500

Clarke W. Stavinoha
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX  75201-2980
(214) 953-6500

March 10, 2020

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Jeffrey J. Lyons (#6437)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
jlyons@mnat.com

*Attorneys for Defendant DraftKings, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 10, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff Interactive Games LLC* | *VIA ELECTRONIC MAIL* |
| Robert F. Shaffer<br>James R. Barney<br>Anthony D. Del Monaco<br>Abdul Ghani Hamadi<br>FINNEGAN, HENDERSON, FARABOW, GARRETT &<br>DUNNER, LLP<br>901 New York Avenue, N.W.<br>Washington, DC  20001-4413<br>*Attorneys for Plaintiff Interactive Games LLC* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)