# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| INTERACTIVE GAMES LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DRAFTKINGS, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 19-1105-RGA<br><br>JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Sonja W. Sahlsten of the law firm Finnegan, Henderson, Farabow, Garrett & Dunner, LLP to represent Plaintiff Interactive Games LLC in this matter.

DATED: April 21, 2020

McCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*

ME1 33161669v.1

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____   _____
**United States District Judge**