# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| INTERACTIVE GAMES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DRAFTKINGS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 19-1105-RGA<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER STAYING LITIGATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the above-captioned action be stayed for ninety (90) days to permit the parties to explore a resolution. The hearing scheduled for May 20, 2020 on Defendant's Motion to Dismiss shall be rescheduled for a date and time at the Court's convenience after the expiration of the stay.

Dated: May 4, 2020

| McCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Daniel M. Silver* | */s/ Roger D. Smith* |
| Michael P. Kelly (#2295) | Rodger D. Smith (#3778) |
| Daniel M. Silver (#4758) | 1201 North Market Street |
| Alexandra Joyce (#6423) | P.O. Box 1347 |
| Renaissance Centre | Wilmington, DE 19899 |
| 405 N. King Street, 8th Floor | (302) 658-9200 |
| Wilmington, DE 19801 | rsmith@mnat.com |
| (302) 984-6300 | |
| mkelly@mccarter.com | *Attorney for Defendant DraftKings, Inc.* |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | |
| | |
| *Attorneys for Plaintiff* | |
| *Interactive Games, LLC* | |

SO ORDERED this __4__ day of May, 2020.

                        /s/ Richard G. Andrews
                       THE HONORABLE RICHARD G. ANDREWS