# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

____

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
rsmith@mnat.com

August 10, 2020

The Honorable Richard G. Andrews                          *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE  19801

> Re:  *Interactive Games LLC v. DraftKings, Inc.,*
>       C.A. No. 19-1105 (RGA) (D. Del.)

Dear Judge Andrews:

Pursuant to the Court's August 7, 2020 Oral Order (D.I. 23) (the "Order") instructing the Parties to file a joint status report within three days from the date of the Order, Plaintiff Interactive Games LLC and Defendant DraftKings Inc. (collectively, the "Parties") submit this letter to advise the Court of the status of the case.

First, the previous litigation between the parties has been dismissed with prejudice as of July 17, 2020.  *See CG Technology Development, LLC et al. v. DraftKings, Inc*., C.A. No. 17-1040, D.I. 131 (D. Del.).

Second, DraftKings has filed petitions for *Inter Partes* Review for all asserted patents in this case ("the IPRs"):

| | |
|---|---|
| USP 8,616,967 | IPR2020-01110 |
| USP 8,956,231 | IPR2020-01109 |
| USP 8,974,302 | IPR2020-01108 |
| USP 9,430,901 | IPR2020-01107 |

Finally, the Parties plan to engage in settlement discussions shortly.

To conserve resources, Plaintiffs propose staying the case during the pendency of IPRs, or, at least until the PTAB determines whether to institute the IPRs, which will be no later than January 13, 2021.  If the PTAB determines not to institute the IPRs, Plaintiffs agree that the case should move forward in its normal course at that time.

The Honorable Richard G. Andrews
August 10, 2020
Page 2

   Defendants propose staying the case until the Motion to Dismiss (D.I. 10) can be heard in-person and a decision on that Motion rendered and then, thereafter, during the pendency of the IPRs.

      Respectfully,

      */s/ Rodger D. Smith II*

      Rodger D. Smith II (#3778)

RDS/rah
cc:  All Counsel of Record (via electronic mail)