

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

February 8, 2021

<u>VIA CM/ECF</u>
The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

Re:   <u>*Interactive Games LLC v. DraftKings, Inc.*</u>, C.A. No. 19-1105-RGA

Dear Judge Andrews:

Pursuant to the Court's February 5, 2021 Oral Order (D.I. 26) (the "Order") instructing the Parties to file a joint status report within three days from the date of the Order, Plaintiff Interactive Games LLC and Defendant DraftKings Inc. (collectively, the "Parties") submit this letter to advise the Court of the status of the case.

<u>First</u>, DraftKings filed petitions for *Inter Partes* Review for all asserted patents in this case ("the IPRs"). On January 6, 2021, the Patent Trial and Appeal Board ("PTAB") denied institution of IPR2020-01108 concerning '302 Patent and instituted the remaining three IPRs. With respect to IPR2020-01108 for which the Board denied institution, DraftKings filed a request for rehearing on February 5, 2021.

| USP 8,616,967 | IPR2020-01110 | instituted |
| --- | --- | --- |
| USP 8,956,231 | IPR2020-01109 | instituted |
| USP 8,974,302 | IPR2020-01108 | institution denied, rehearing requested |
| USP 9,430,901 | IPR2020-01107 | instituted |

<u>Second</u>, the Court ordered that the stay in this case continue "until there is a PTAB resolution, either denying institution or reaching a decision on the merits." D.I. 25. The Court further dismissed Defendant's motion to dismiss (D.I. 10) with leave to refile with updated briefing when the case is unstayed. *Id*. Accordingly, there are no motions pending before the Court.

The Parties propose keeping the stay in place at least until the PTAB reaches a decision on the merits of the three instituted IPRs.

ME1 35638540v.1

February 8, 2021
Page 2

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: All Counsel of Record (via CM/ECF and electronic mail)