# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERACTIVE GAMES, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) C.A. No. 19-1105-RGA |
| v. | )<br>) |
| DRAFTKINGS, INC., | ) JURY TRIAL DEMANDED<br>) |
| Defendant. | )<br>)<br>) |

## NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL ADMITTED *PRO HAC VICE*

Please withdraw the appearance of Abdul Ghani Hamadi on behalf of Plaintiff Interactive Games, LLC in the above-captioned action. Plaintiffs will continue to be represented by the law firms of McCarter & English, LLP and Finnegan, Henderson, Farabow, Garrett & Dunner, LLP.

DATED: October 14, 2021　　　　　　　McCARTER & ENGLISH, LLP

　　　　　　　　　　　　　　　　　　*/s/ Alexandra M. Joyce*
　　　　　　　　　　　　　　　　　　Daniel M. Silver (#4758)
　　　　　　　　　　　　　　　　　　Alexandra M. Joyce (#6423)
　　　　　　　　　　　　　　　　　　Renaissance Centre
　　　　　　　　　　　　　　　　　　405 N. King Street, 8th Floor
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　(302) 984-6300
　　　　　　　　　　　　　　　　　　dsilver@mccarter.com
　　　　　　　　　　　　　　　　　　ajoyce@mccarter.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*
　　　　　　　　　　　　　　　　　　*CG Technology Development, LLC,*
　　　　　　　　　　　　　　　　　　*Interactive Games Limited*
　　　　　　　　　　　　　　　　　　*and Interactive Games, LLC*

ME1 37757054v.1