

Daniel M. Silver
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

February 7, 2022

<u>VIA CM/ECF</u>
The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

> Re:    *Interactive Games LLC v. DraftKings, Inc.*, C.A. No. 19-1105-RGA

Dear Judge Andrews:

Pursuant to the Court's Oral Order (D.I. 30) (the "Order") instructing the Parties to file a joint status report within three days from the date of the Order, Plaintiff Interactive Games LLC and Defendant DraftKings Inc. (collectively, the "Parties") submit this letter to advise the Court of the status of the case.

<u>First</u>, DraftKings filed petitions for Inter Partes Review for all asserted patents in this case ("the IPRs"). On January 6, 2021, the Patent Trial and Appeal Board ("PTAB") denied institution of IPR2020-01108 concerning '302 Patent and instituted the remaining three IPRs. With respect to IPR2020-01108 for which the Board denied institution, DraftKings filed a request for rehearing on February 5, 2021, which was denied.  On January 4, 2022, the PTAB issued final written decisions ("FWDs") finding all challenged claims of the '901, '231, and '967 unpatentable.

| USP 8,616,967 | IPR2020-01110 | FWD – all challenged claims unpatentable |
| USP 8,956,231 | IPR2020-01109 | FWD – all challenged claims unpatentable |
| USP 8,974,302 | IPR2020-01108 | institution denied, rehearing requested, and denied |
| USP 9,430,901 | IPR2020-01107 | FWD – all challenged claims unpatentable |

<u>Second</u>, Plaintiff is still determining whether it will seek an appeal of the final written decisions in the IPRs.  The deadline to appeal is March 8, 2022.

<u>Third</u>, the Court ordered that the stay in this case continue "until there is a PTAB resolution, either denying institution or reaching a decision on the merits." D.I. 25. The Court

February 7, 2022
Page 2

further dismissed Defendant's motion to dismiss (D.I. 10) with leave to refile with updated briefing when the case is unstayed. Id. Accordingly, there are no motions pending before the Court at this time.  However, once the stay is lifted, Defendants intend to refile their Motion to Dismiss with respect to at least the '302 Patent, for which IPR was not instituted.

Accordingly, the Parties propose keeping the stay in place at least until the deadline for Plaintiffs to appeal the IPRs.  In the event that any appeal is filed, the Parties propose maintaining the stay until the resolution of all appeals.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: All Counsel of Record (via CM/ECF and electronic mail)