

**Daniel M. Silver**
Wilmington Office Managing Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

March 16, 2022

**VIA CM/ECF**
The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

Re: *Interactive Games LLC v. DraftKings, Inc.*, **C.A. No. 19-1105-RGA**

Dear Judge Andrews:

Plaintiff Interactive Games LLC and Defendant DraftKings Inc. (collectively, the "Parties") submit this letter to advise the Court of the status of the case. This letter is in response to the Court's Oral Order (D.I. 30) (the "Order") and the Parties joint status letter dated February 7, 2022,

First, DraftKings filed petitions for Inter Partes Review for all asserted patents in this case ("the IPRs"). On January 6, 2021, the Patent Trial and Appeal Board ("PTAB") denied institution of IPR2020-01108 concerning '302 Patent and instituted the remaining three IPRs. With respect to IPR2020-01108 for which the Board denied institution, DraftKings filed a request for rehearing on February 5, 2021, which was denied. On January 4, 2022, the PTAB issued final written decisions ("FWDs") finding all challenged claims of the '901, '231, and '967 unpatentable

| USP 8,616,967 | IPR2020-01110 | FWD – all challenged claims unpatentable |
| USP 8,956,231 | IPR2020-01109 | FWD – all challenged claims unpatentable |
| USP 8,974,302 | IPR2020-01108 | institution denied, rehearing requested, and denied |
| USP 9,430,901 | IPR2020-01107 | FWD – all challenged claims unpatentable |

Second, Plaintiff filed a notice of appeal in each of IPR2020-01110, IPR2020-01109, and IPR2020-01107.

Third, the Court ordered that the stay in this case continue "until there is a PTAB resolution, either denying institution or reaching a decision on the merits." D.I. 25. The Court further

dismissed Defendant's motion to dismiss (D.I. 10) with leave to refile with updated briefing when the case is unstayed. *Id.* Accordingly, there are no motions pending before the Court at this time. However, once the stay is lifted, Defendants intend to refile their Motion to Dismiss with respect to at least the '302 Patent, for which IPR was not instituted.

As the Parties previously proposed in their joint status letter dated February 7th, the Parties propose maintaining the stay until the resolution of all appeals.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:   All Counsel of Record (via CM/ECF and electronic mail)