IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERACTIVE GAMES LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DRAFTKINGS, INC., )<br>)<br>Defendant. ) | C.A. No. 19-1105 (RGA) |

## DEFENDANT DRAFTKINGS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant DK Crown Holdings Inc. (formerly DraftKings Inc.), a Delaware corporation ("DraftKings"), by and through the undersigned attorneys, makes the following disclosure: DraftKings is a wholly-owned subsidiary of DraftKings Inc., a Nevada corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendant DraftKings, Inc.*

OF COUNSEL:

G. Hopkins Guy III
Nick Baniel
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA  94304-1007
(650) 739-7500

Jamie R. Lynn
Andrew Wilson
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2400
(202) 639-7786

Michael E. Knierim
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2500

Clarke W. Stavinoha
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
(214) 953-6500

February 3, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 3, 2023, upon the following in the manner indicated:

Daniel M. Silver                                                                                                         *VIA ELECTRONIC MAIL*
Alexandra M. Joyce
McCarter & English, LLP
Renaissance Centre
405 N. King St., 8th Fl.
Wilmington, DE 19801
*Attorneys for Plaintiff Interactive Games LLC*

Robert F. Shaffer                                                                                                        *VIA ELECTRONIC MAIL*
James R. Barney
Anthony D. Del Monaco
Sonja W. Sahlsten
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
*Attorneys for Plaintiff Interactive Games LLC*

                                                                                       */s/ Rodger D. Smith II*

                                                                                       Rodger D. Smith II (#3778)