

Daniel M. Silver
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre

405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

March 20, 2023

**VIA CM/ECF**
The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

**Re:  *Interactive Games LLC v. DraftKings, Inc.*, C.A. No. 19-1105-RGA**

Dear Judge Andrews:

Pursuant to the Court's March 17, 2023 Oral Order (D.I. 35), and in follow up to their letter dated March 16, 2022 (D.I. 32), Plaintiff Interactive Games LLC and Defendant DraftKings Inc. (collectively, the "Parties") submit this letter to advise the Court of the status of the case.

Plaintiff filed a notice of appeal in each of IPR2020-01110 concerning the '967 patent (assigned Appeal No. 22-1517), IPR2020-01109 concerning the '231 patent (assigned Appeal No. 22-1516), and IPR2020-01107 concerning the '901 patent (assigned Appeal No. 22-1515). Appeal No. 22-1515 concerning the '901 patent was dismissed on April 20, 2022. The issues have been fully briefed in the appeals related to the '967 and '231 patents, and the Parties are waiting for an oral argument date to be scheduled.

| Patent Number | IPR Number | IPR Outcome | Appeal Number | Appeal Status |
|---|---|---|---|---|
| 8,616,967 | IPR2020-01110 | All unpatentable | 22-1517 | Fully briefed. Awaiting oral argument date. |
| 8,956,231 | IPR2020-01109 | All unpatentable | 22-1516 | Fully briefed. Awaiting oral argument date. |
| 8,974,302[1] | IPR2020-01108 | Institution denied | n/a | n/a |

---

[1] On January 20, 2023, the USPTO instituted *ex parte* reexamination (EPR) of the '302 Patent. Specifically, the USPTO found that the grounds in the EPR request raised a "substantial new question of patentability" with regard to all claims of the '302 Patent (Claims 1-25).

Page 2

| Patent Number | IPR Number | IPR Outcome | Appeal Number | Appeal Status |
|---|---|---|---|---|
| 9,430,901 | IPR2020-01107 | All unpatentable | 22-1515 | Appeal dismissed under FRAP 42(b) |

       The Parties propose maintaining the stay until the resolution of all appeals. The Parties also propose that within 14 days of resolution of the last appeal they will submit a status report addressing whether the stay should be lifted, and the Parties' positions on next steps.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:     All Counsel of Record (via CM/ECF and electronic mail)