

**Daniel M. Silver**
Wilmington Office Managing Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

June 23, 2023

**VIA CM/ECF**
The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

Re:  *Interactive Games LLC v. DraftKings, Inc.*, **C.A. No. 19-1105-RGA**

Dear Judge Andrews:

Pursuant to the Court's March 17, 2023 Oral Order (D.I. 35), and in follow up to their letter dated March 20, 2023 (D.I. 36), Plaintiff Interactive Games LLC and Defendant DK Crown Holdings Inc. (formerly DraftKings Inc.) (collectively, the "Parties") submit this letter to advise the Court of the status of the case.

On January 4, 2022, the Patent Trial and Appeal Board (PTAB) issued final written decisions (FWDs) in each of IPR2020-01110 concerning the '967 patent, IPR2020-01109 concerning the '231 patent, and IPR2020-01107 concerning the '901 patent, finding all challenged claims unpatentable. Plaintiff timely appealed each of these decisions. On April 20, 2022, the appeal in IPR2020-01107 concerning the '901 patent (Appeal No. 22-1515) was dismissed voluntarily by Plaintiff. On June 9, 2023, the Federal Circuit affirmed the FWDs in IPR2020-01110 concerning the '967 patent (Appeal No. 22-1517) and IPR2020-01109 concerning the '231 patent (Appeal No. 22-1516). Plaintiff is currently in the process of weighing its options and rights for review of the Federal Circuit's decisions.

On January 6, 2021, the PTAB denied institution of IPR2020-01108 concerning the '302 patent. Defendant requested rehearing, which was denied, and subsequently requested *ex parte* reexamination of the '302 patent. On January 20, 2023, the USPTO ordered reexamination of the '302 Patent (reexamination number 90/015,151). On June 12, 2023, the USPTO issued a non-final office action in the reexamination rejecting or objecting to all challenged patented claims (rejecting claims 1-14, 16-25 and objecting to claim 15). The USPTO issued a two-month reply period for Plaintiff to file a response.

The Parties propose maintaining the stay until the resolution of any writs to the U.S. Supreme Court and the reexamination  concerning the '302 patent and any subsequent appeals

Page 2

from it. The Parties also propose that within 14 days of final resolution they will submit a status report addressing whether the stay should be lifted, and the Parties' positions on next steps.

The status of each patent challenge is outlined below.

| Patent Number | IPR Number | IPR Outcome | Appeal Number | Appeal Outcome |
|---|---|---|---|---|
| 8,616,967 | IPR2020-01110 | FWD – all challenged claims unpatentable | 22-1517 | Affirmed |
| 8,956,231 | IPR2020-01109 | FWD – all challenged claims unpatentable | 22-1516 | Affirmed |
| 8,974,302 | IPR2020-01108 | Institution denied, reexamination ordered | NA | NA |
| 9,430,901 | IPR2020-01107 | FWD – all challenged claims unpatentable | 22-1515 | Voluntarily Dismissed |

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:   All Counsel of Record (via CM/ECF and electronic mail)