**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERACTIVE GAMES LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 19-1105-RGA |
| v. | ) |
| | ) |
| DRAFTKINGS, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL ADMITTED *PRO HAC VICE*

Please withdraw the appearance of Robert F. Shaffer and Sonja W. Sahlsten on behalf of Plaintiff Interactive Games, LLC in the above-captioned action. Plaintiffs will continue to be represented by the law firms of McCarter & English, LLP.

DATED: April 24, 2024                    McCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*

ME1 48288652v.1