IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERACTIVE GAMES LLC, | ) |
| | ) |
|       Plaintiff, | ) |
| v. | ) C.A. No. 19-1105 (RGA) |
| | ) |
| DRAFTKINGS, INC., | ) |
| | ) |
|       Defendant. | ) |

**DEFENDANT DRAFTKINGS, INC.'S
MOTION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to 35 U.S.C. § 285 and the Court's inherent authority, Defendant DraftKings, Inc. hereby moves for an order that this case is exceptional under the Patent Act and an award of its attorneys' fees and costs. The grounds for this motion are fully set forth in Defendant's Opening Brief in Support of Its Motion for Attorneys' Fees and Costs.

WHEREFORE, DraftKings respectfully requests that the Court enter the attached order granting this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Lucinda C. Cucuzzella*

Rodger D. Smith II (#3778)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
ccucuzzella@morrisnichols.com

*Attorneys for Defendant DraftKings, Inc.*

OF COUNSEL:

G. Hopkins Guy III
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
(650) 739-7500

Jamie R. Lynn
BAKER BOTTS L.L.P.
700 K Street NW
Washington, DC 20001
(202) 639-7786

Michael E. Knierim
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY  10112-4498
(212) 408-2500

Clarke W. Stavinoha
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX  75201-2980
(214) 953-6500

May 7, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERACTIVE GAMES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 19-1105 (RGA) |
| | ) |
| DRAFTKINGS, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT DRAFTKINGS, INC.'S
MOTION FOR ATTORNEYS' FEES AND COSTS**

At Wilmington this _____ day of _____, 2024, having considered Defendant's Motion for Attorneys' Fees and Costs, and the parties' submissions filed in connection herewith:

IT IS HEREBY ORDERED that:

1. Defendant's Motion is GRANTED;

2. The Court finds that this is an exceptional case under 35 U.S.C. § 285; and

3. Defendant is awarded its reasonable attorneys' fees and costs.

_____
Hon. Richard G. Andrews
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 7, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>McCarter & English, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff Interactive Games LLC* | *VIA ELECTRONIC MAIL* |
| Robert F. Shaffer<br>James R. Barney<br>Anthony D. Del Monaco<br>Scott A. Allen<br>Abdul Ghani Hamadi<br>Finnegan, Henderson, Farabow, Garrett<br>   & Dunner, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br>*Attorneys for Plaintiff Interactive Games LLC* | *VIA ELECTRONIC MAIL* |

*/s/ Lucinda C. Cucuzzella*

Lucinda C. Cucuzzella (#3491)