# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERACTIVE GAMES LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) C.A. No. 19-1105-RGA ) |
| DRAFTKINGS, INC., | ) **JURY TRIAL DEMANDED** ) |
| Defendant. | ) ) ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the deadline for Plaintiff's Answering Brief In Opposition to Defendant's Motion for Attorneys' Fees and Costs is extended through and including June 11, 2024 (from May 21, 2024), and the deadline for Defendant's Reply Brief in Support of its Motion for Attorneys' Fees and Costs is extended through and including July 2, 2024.

Dated: May 10, 2024

| McCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Daniel M. Silver* | */s/ Lucinda C. Cucuzzella* |
| Daniel M. Silver (#4758) | Rodger D. Smith, II (#3778) |
| Alexandra M. Joyce (#6423) | Lucinda C. Cucuzzella (#3491) |
| Renaissance Centre | 1201 North Market Street |
| 405 N. King Street, 8th Floor | Wilmington, DE 19899 |
| Wilmington, Delaware 19801 | (302) 351-9205 |
| (302) 984-6300 | rsmith@morrisnichols.com |
| dsilver@mccarter.com | ccucuzzella@morrisnichols.com |
| ajoyce@mccarter.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

ME1 48427388v.1

SO ORDERED this _____ day of _____, 2024.

                                                      _____
                                                      THE HONORABLE RICHARD G. ANDREWS

ME1 48427388v.1